Pamela J. Yates (State Bar No. 137440)
Email address:  pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224 )
Email address:  wdowse@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants
Wyeth, Inc., Wyeth Pharmaceuticals,
Pharmacia & Upjohn Company LLC,
Pharmacia Corporation,
Pharmacia & Upjohn LLC, and Pfizer Inc.

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| Barbara Indio,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wyeth, Inc., et al.,<br><br>　　　　Defendants. | Case No.  1:10-cv-00295-OWW-DLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO APPEAR** |

　　　The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

　　　IT IS HEREBY ORDERED THAT Defendants, Wyeth, Inc., Wyeth Pharmaceuticals, Pharmacia & Upjohn Company LLC, Pharmacia Corporation, Pharmacia & Upjohn LLC, and Pfizer Inc. are hereby granted an extension of time for all defendants to answer or otherwise respond to the complaints until 30 days after service of the Amended Complaint, or the date set forth in the executed Waiver of Service of Summons form for the Amended Complaint, whichever is later.

1        IT IS SO ORDERED.

3    Dated: May 19, 2010        **/s/ OLIVER W. WANGER**
                                 UNITED STATES DISTRICT COURT JUDGE