```
BRIAN S. KABATECK,  SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER,  SBN 171416
(rlk@kbklawyers.com)
LINA MELIDONIAN,   SBN 245283
(lm@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI,  SBN 180411
(skhorrami@khorrami.com)
JAMES KENNA.         SBN 209961
(jkenna@khorrami,com)
BAHAR DEJBAN.        SBN  240135
(bdejban@khorrami.com)
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071
Tel: (213) 596-6000
Fax: (213) 596-6010
```

Attorneys for Plaintiff Barbara Indio.

# THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Indio, an individual. <br><br> Plaintiff, <br><br> vs. <br><br> WYETH, INC. (f/k/a AMERICAN HOME PRODUCTS; WYETH PHARMACEUTICALS (f/k/a WYETH-AYERST PHARMACEUTICALS); WYETH LLC; PHARMACIA & UPJOHN COMPANY, LLC; PHARMACIA & UPJOHN LLC; PHARMACIA CORPORATION; PFIZER, Inc. and DOES 1 through 100, Inclusive, | Case No.  1:10-CV-00295-OWW-DLB <br><br> **STIPULATION AND ORDER TO EXTEND ALL DEADLINES FOR 60 DAYS** <br><br> Courtroom: 3 <br> Judge Oliver W. Wanger <br><br> [Filed concurrently with Declaration of Richard L. Kellner in support thereof] |

1

**STIPULATION AND ORDER TO EXTEND DEADLINES**

(hereinafter Defendants)

Defendants.

Through this Stipulation, and for the reasons set forth below, Plaintiff Barbara Indio ("Plaintiff") and defendants Wyeth Inc. et. al. ("Defendants") (together referred to as the "Parties") stipulate to the extension of their expert disclosure deadlines, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), and all other deadlines set by this Court by 60 days:

WHEREAS, Plaintiff's expert disclosure deadline is currently due on November 10, 2010;

WHEREAS, the depositions of Dr. Annapurna Reddy M.D, Dr. Chieh Tsai M.D. and Dr. Robert Small M.D. have yet to be confirmed and scheduled;

WHEREAS, the deposition testimonies of Dr. Annapurna Reddy M.D., Dr. Chieh Tsai M.D. and Dr. Robert Small M.D. are needed for Plaintiff's experts to be able to fully and properly comply with the requirements as set forth under Fed. R.Civ. P. 26;

It is hereby stipulated by the Parties that:

The deadline for Plaintiff to disclose all experts and to fully comply with Fed. R.Civ. P. 26 shall be continued from November 10, 2010 to January 10, 2011.

The deadline for Defendants to disclose all experts and to fully comply with Fed. R.Civ. P. 26 shall be continued from December 10, 2010 to February 10, 2011.

The deadline for Plaintiff to submit rebuttal expert reports shall be continued to March 10, 2011.

The deadline for Defendant to submit rebuttal expert reports shall be continued to April 11, 2011.

The fact discovery cut off shall be extended to December 30, 2010.

The expert discovery cut off shall be extended to May 11, 2011.

The deadline to file dispositive motions shall be extended to June 10, 2011.

The pretrial conference shall be continued from June 20, 2011 to July 25, 2011.

The trial date shall be continued from August 2, 2011 to September 7, 2011.

Dated:  November 10, 2010          By:  /s/ Richard L. Kellner, Esq.
                                        Richard L. Kellner, Esq.
                                        KABATEK BROWN KELLNER LLP
                                        644 South Figueroa Street
                                        Los Angeles, CA  90017
                                        Telephone: (213) 217-5000
                                        Facsimile: (213) 217-5010

                                        *Attorneys for Plaintiff Barbara Indio*

Dated: November 10, 2010           By:  /s/ Wendy S. Dowse, Esq.
                                        Wendy Dowse Esq.
                                        KAYE SCHOLER LLP

                                        Attorneys for Pfizer Inc, Pharmacia & Upjohn Company LLC and Wyeth LLC

IT IS SO ORDERED.

   Dated:  **November 12, 2010**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

3