BRIAN S. KABATECK,  SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER,  SBN 171416
(rlk@kbklawyers.com)
LINA MELIDONIAN,   SBN 245283
(lm@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI,  SBN 180411
(skhorrami@khorrami.com)
JAMES KENNA.        SBN 209961
(jkenna@khorrami,com)
BAHAR DEJBAN.        SBN  240135
(bdejban@khorrami.com)
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071
Tel: (213) 596-6000
Fax: (213) 596-6010

Attorneys for Plaintiff Barbara Indio.

## THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Indio, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>WYETH, INC. (f/k/a AMERICAN HOME PRODUCTS; WYETH PHARMACEUTICALS (f/k/a WYETH-AYERST PHARMACEUTICALS); WYETH LLC; PHARMACIA & UPJOHN COMPANY, LLC; PHARMACIA & UPJOHN LLC; PHARMACIA CORPORATION; PFIZER, Inc. and DOES 1 through 100, Inclusive, (hereinafter Defendants)<br><br>Defendants. | Case No.  1:10-CV-00295-OWW-DLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>Courtroom: 3<br>Judge Oliver W. Wanger |

1

Through this Stipulation, and for the reasons set forth below, Plaintiff Barbara Indio ("Plaintiff") and defendants Wyeth Inc. et. al. ("Defendants") (together referred to as the "Parties") stipulate to the extension of their expert disclosure deadlines, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), and all other pretrial deadlines set by this Court by twenty-one (21) days.  The parties also stipulate to adjourn the trial date of September 7, 2011 to September 20, 2011:

WHEREAS, pursuant to the November 12, 2010 Order to Extend Deadlines, this matter is currently set on the Court's September 7, 2011 trial calendar, with the following upcoming deadlines:

| | |
|---|---|
| Plaintiff's Expert Disclosure Deadline | January 10, 2011 |
| Defendant's Expert Disclosure Deadline | February 10, 2011 |
| Plaintiff's Deadline for Rebuttal Expert Reports | March 10, 2011 |
| Defendant's Deadline for Rebuttal Expert Reports | April 11, 2011 |
| Expert Discovery Cut Off | May 11, 2011 |
| Deadline to File Dispositive Motions | June 10, 2011 |
| Pretrial Conference | June 20, 2011 |

WHEREAS, Plaintiff's counsel ordered Plaintiff's mammograms from Mercy Medical Hospital in December 2010 prior to the holidays, to avoid the delay that may have been caused by the holidays;

WHEREAS, the individual responsible for processing the order at Mercy Medical Hospital, confused the order with that of Defendants;

WHEREAS, Mercy Medical informed Plaintiff's counsel that the mammograms were mailed via in regular mail on Friday January 7, 2011;

WHEREAS, to date, Plaintiff's counsel has not received the mammograms;

WHEREAS, the mammograms are still needed for Plaintiff's experts to be able to fully and properly comply with the requirements as set forth under Fed. R.Civ. P. 26;

STIPULATION AND ORDER TO EXTEND DEADLINES

1       For the foregoing reasons, the Parties respectfully request that the Court enter

2   an Order extending all pretrial deadlines by twenty-one (21) days and the trial date

3   of September 7, 2011 to September 20, 2011.   The new deadlines would read as

4   follows:

5       Plaintiff's Expert Disclosure Deadline        January 31, 2011

6       Defendant's Expert Disclosure Deadline      March 3, 2011

7       Plaintiff's Deadline for Rebuttal Expert Reports   March 31, 2011

8       Defendant's Deadline for Rebuttal Expert Reports  May 2, 2011

9       Expert Discovery Cut Off                  June 1, 2011

10      Deadline to File Dispositive Motions        July 1, 2011

11      Pretrial Conference                    August 8, 2011

12

13  Dated:  January 12, 2011    By:   /s/ Richard L. Kellner, Esq.

14                                    Richard L. Kellner, Esq.

15                                    KABATEK BROWN KELLNER LLP

16                                    644 South Figueroa Street

17                                    Los Angeles, CA  90017

18                                    Telephone: (213) 217-5000

                                  Facsimile: (213) 217-5010

19                                    *Attorneys for Plaintiff  Barbara Indio*

20

21                                    /s/ Shawn Khorrami, Esq .

22  Dated:  January 12, 2011    By:   Shawn Khorrami, Esq.

23                                    444 South Flower Street, 33rd Floor

24                                    Los Angeles, CA 90071

                                  Telephone: (213) 596 – 6000

25                                    Facsimile: (213) 596 – 6010

26

27

28

**STIPULATION AND ORDER TO EXTEND DEADLINES**

1     Dated: January 12, 2011           By:    /s/ Wendy Dowse, Esq.

2                                           Wendy Dowse Esq.

                                              KAYE SCHOLER LLP

3

4                                        *Attorneys for Pfizer Inc., Pharmacia &*

5                                         *Upjohn Company LLC and Wyeth LLC*

6

7

8

9

10

11

12

13

14

15

16  IT IS SO ORDERED.

17       Dated:   **January 12, 2011**               **/s/ Oliver W. Wanger**

18                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO EXTEND DEADLINES**