Pamela J. Yates (State Bar No. 137440)
Email address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224 )
Email address: wdowse@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| BARBARA INDIO,<br><br>  Plaintiff,<br><br>v.<br><br>WYETH, INC. (f/k/a AMERICAN HOME PRODUCTS, *et al.*<br><br>  Defendants. | Case No.  1:10-cv-00295-OWW-DLB<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

The Court having read and considered the parties' Stipulation Re Settlement Conference, dated March 4, 2011;

IT IS HEREBY ORDERED THAT the settlement conference is hereby adjourned from March 16, 2011 to June 20, 2011 at 10:00 am.

All other deadlines set forth by this Court shall remain the same.

IT IS SO ORDERED.

Dated: __**March 7, 2011**__       _____/s/ *Dennis L. Beck*_____
                                    UNITED STATES MAGISTRATE JUDGE

10CV295.o.cont settlement conf.doc    **[PROPOSED] ORDER RE SETTLEMENT CONFERENCE**