BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
LINA MELIDONIAN, SBN 245283
(lm@kbklawyers.com)
STEVE FARIES (*admitted pro hac*)
(sf@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI, SBN 180411
(skhorrami@khorrami.com)
BAHAR DEJBAN.    SBN 240135
(bdejban@khorrami.com)
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071
Tel: (213) 596-6000
Fax: (213) 596-6010

Attorneys for Plaintiff Barbara Indio.

# THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISON

| | |
|---|---|
| Barbara Indio, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>Wyeth, Inc. (f/k/a American Home Products; Wyeth Pharmaceuticals (f/k/a Wyeth-Ayerst Pharmaceuticals); Wyeth LLC; Pharmacia & Upjohn Company, LLC; Pharmacia & Upjohn LLC; Pharmacia Corporation; Pfizer, Inc. and Does 1 through 100, inclusive, (Hereinafter Defendants)<br><br>Defendants. | Case No. 1:10-CV-00295-OWW-DLB<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Courtroom: 9<br><br>Judge Dennis L. Beck |

1

**STIPULATION AND ORDER TO EXTEND DEADLINES**

Through this Stipulation, Barbara Indio ("Plaintiff") and Wyeth Inc. et. al. ("Defendants") (collectively, the "Parties") by and through their respective attorneys of record stipulate as follows:

1. The settlement conference is moved from September 1, 2011 to November 15, 2011 at 10:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.  Confidential Statements are due directly to Chambers one week before the Settlement Conference.

2. All other dates remain the same.

Dated:  August 17, 2011        By:   /s/ Richard L. Kellner, Esq.
                                     Richard L. Kellner, Esq.
                                     KABATEK BROWN KELLNER LLP
                                     644 South Figueroa Street
                                     Los Angeles, CA  90017
                                     Telephone: (213) 217-5000
                                     Facsimile: (213) 217-5010

                                     *Attorneys for Plaintiff  Barbara Indio*

Dated:  August 17, 2011        By:   /s/ Shawn Khorrami, Esq .
                                     Shawn Khorrami, Esq.
                                     444 South Flower Street, 33rd Floor
                                     Los Angeles, CA 90071
                                     Telephone: (213) 596 – 6000
                                     Facsimile: (213) 596 – 6010

                                     *Attorneys for Plaintiff  Barbara Indio*

//
//
//

**STIPULATION AND ORDER TO EXTEND DEADLINES**

|   |   |
|---|---|
| | /s/ Wendy Dowse, Esq. |
| Dated: August 17, 2011 | By: _____ |
| | Wendy Dowse Esq. |
| | KAYE SCHOLER LLP |
| | |
| | *Attorneys for Pfizer Inc., Pharmacia & Upjohn Company LLC and Wyeth LLC* |

IT IS SO ORDERED.

Dated:   **August 22, 2011**            /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE

3
**STIPULATION AND ORDER TO EXTEND DEADLINES**