1  Pamela J. Yates (SBN 137440)
E-mail:  pyates@kayescholer.com
2  Wendy S. Dowse (SBN 261224)
E-mail:  wdowse@kayescholer.com
3  Julie Belezzuoli (SBN 267302)
E-mail: julie.belezzuoli@kayescholer.com
4  KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
5  Los Angeles, California  90067-6048
Telephone:  (310) 788-1000
6  Facsimile:  (310) 788-1200
7  Attorneys for Defendants

Brian S. Kabateck (SBN 152054)
Email: bsk@kbklawyers.com
Richard Kellner (SBN 171416)
Email: rlk@kbklawyers.com
Lina Melidonian (SBN 245283)
Email: lm@kbklawyers.com
Steve Faries (*admitted pro hac*)
Email: sf@kbklawyers.com
Kabateck Brown Kellner, LLP
644 S. Figueroa St.
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

8
9
10
11
12
13

Shawn Khorrami (SBN 180411)
Email: skhorrami@kpalawyers.com
Bahar Dejban (SBN 240135)
Email: bdejban@kpalawyers.com
Khorrami Pollard & Abir LLP
444 S Flower Street
33rd Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010

Attorneys for Plaintiff

14
15
16          **UNITED STATES DISTRICT COURT**
17      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
18                    **(FRESNO)**
19  Barbara Indio,                        )   Case No.  1:10-cv-00295-JRG-DLB
                                          )
20          Plaintiff,                    )   **ORDER RE: JOINT**
                                          )   **STIPULATION OF DISMISSAL**
21      v.                                )   **WITHOUT PREJUDICE**
                                          )
22  Wyeth, Inc, et al.,                   )
                                          )
23          Defendants.                   )
                                          )
24  _____  )
25
26          The Court having considered the stipulation by the parties in this action, and
27  finding good cause therefore;
28

1    IT IS HEREBY ORDERED THAT this action be dismissed without

2  prejudice, subject to the claims being resolved, as to all defendants.

3

4    IT IS SO ORDERED.

5

6  Dated: January 17, 2012

7

8

9  Joseph R. Goodwin, Chief Judge

10

ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE